UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ADAM IRA ASHER,

        Plaintiff,

   v.

PIERCE COUNTY JAIL, *et al.*,

        Defendants.

Case No.  C07-5235 RBL/KLS

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation, Plaintiff's application to proceed *in forma pauperis* and the remaining record, hereby finds and ORDERS:

(1)    the Magistrate Judge's Report and Recommendation is approved and adopted;

(2)    Plaintiff's action is **DISMISSED without prejudice** for failure to prosecute pursuant to Local Rule 41(b)(2); and

(3)    the Clerk is directed to send copies of this Order to Plaintiff and any other party that has appeared in this action.

DATED this 29th day of October, 2007.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1