# United States District Court

WESTERN DISTRICT OF WASHINGTON

ADAM IRA ASHER

          v.

PIERCE COUNTY JAIL, *et al.,*

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5235RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Magistrate Judge's Report and Recommendation is approved and adopted; and

Plaintiff's action is **DISMISSED without prejudice** for failure to prosecute pursuant to Local Rule 41(b)(2).

   October 31, 2007                                      BRUCE RIFKIN
Date                                                         Clerk

                                                                  *s/CM Gonzalez*
                                                                  Deputy Clerk